**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**JOHNNY HICKS**                                                              **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO. 4:07-cv-147-LRA**

**LAUDERDALE COUNTY JAIL, et al**                               **DEFENDANTS**

---

### FINAL JUDGMENT

Upon due consideration of the Complaint and the sworn testimony given by Plaintiff at the omnibus hearing in this cause, and for the reasons set forth in that Memorandum Opinion and Order entered by the undersigned on this date;

IT IS, HEREBY, ORDERED AND ADJUDGED that the Complaint is dismissed with prejudice, and, Final Judgment in favor of Defendants is hereby entered.

SO ORDERED , this the 29th day of July, 2009.


/s/ Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE